IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   George A. Hoffman

CHAPTER:   13

NO.   21-12487

NOTICE OF APPEARANCE AND REQUEST FOR ENTRY OF BARBARA R. MERLIE, ESQUIRE ON BEHALF OF THE BUCKS COUNTY TAX CLAIM BUREAU

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Bucks County Tax Claim Bureau, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Barbara R. Merlie, Esquire
> Rudolph Clarke, LLC
> 7 Neshaminy Interplex
> Suite 200
> Trevose, PA 19053
> (215) 633-1890

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:   September 24, 2021

Respectfully submitted,

*Barbara R. Merlie*
Barbara R. Merlie, Esquire
7 Neshaminy Interplex
Suite 200
Trevose, PA 19053