UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    GEORGE HOFFMAN :
                      Debtor : CASE No. 21-12487-mdc

### CERTIFICATE OF NO INCOME FROM EMPLOYMENT WITHIN 60 DAYS OF FILING OF PETITION

I, George Hoffman, hereby certify that I have not had any income from employment within 60 days prior to the filing of the bankruptcy petition on September 10, 2021 and, therefore, received no payment advices within that 60 day time period.

Date  11/7/21

George Hoffman