IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   GEORGE HOFFMAN | : | |
|         Debtor | : | NO. 21-12487 - mdc |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, George Hoffman, has filed a Motion to Voluntarily Dismiss Case Pursuant to 11 U.S.C. 1307(b) with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the Court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **December 1, 2021, you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the motion** is scheduled to be held on **December 9, 2021 at 11:00 a.m. by TELEPHONE.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

## **Filing Instructions**

7.     **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8.     **If you are not required to file electronically,** you must file your response at the Clerk's Office, U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Suite 400, Philadelphia, PA.

9.     **If you mail your response** to the bankruptcy clerk's office for filing**,** you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10.    On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>     Jeffrey C. McCullough, Esquire
>     Bond & McCullough
>     16 N. Franklin St., Suite 300
>     Doylestown, PA  18901
>     215-348-8133
>     215-348-0428 – Fax
>     jeffmccullough@bondmccullough.com

Dated:   November 11, 2021