UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GEORGE HOFFMAN | : | |
| Debtor : | | BANKRUPTCY NO. 21-12487 -mdc |

## **ORDER**

AND NOW, this 16th day of November 2021, upon consideration of the Debtor's Motion to Voluntarily Dismiss Case Pursuant to 11 U.S.C. 1307(b), and it appearing that this case has not been previously converted under Section 706, 1112 or 1208 of Title 11 of the United States Bankruptcy Code, it is hereby

ORDERED that this case is DISMISSED effective as of the date of this Order.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge