United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12487-mdc
George A. Hoffman   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George A. Hoffman, 1354 Reed Lane, Kintnersville, PA 18930-9432 |
| NONE | + | BUCKS COUNTY TAX CLAIM BUREAU, C/O Barbara Merlie, Esquire, BUCKS COUNTY COURTHOUSE, 55 EAST COURT STREET, DOYLESTOWN, PA 18901-4331 |
| 14635337 | + | Bucks County Tax Claim Bureau, Administration Building, 3rd Floor, 55 East Court Street, Doylestown, PA 18901-4318 |
| 14638523 | + | Bucks County Tax Claim Bureau, c/o Barbara Merlie, Esquire, Rudolph Clarke, LLC, 7 Neshaminy Interplex, Suite 200, Trevose, PA 19053-6974 |
| 14638970 | + | Bucks County Tax Claim Bureau, c/o Barbara R. Merlie, Esq., 7 Neshaminy Interplex, Suite 200, Trevose, PA 19053-6974 |
| 14635338 | | Champion Mortgage, P.O.Box 619093, Dallas, TX 75261-9093 |
| 14635339 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14638276 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, C/O REBECCA ANN SOLARZ, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14637738 | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648740 | + | Nationstar Mortgage LLC d/b/a Champion at. el, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14637698 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14635340 | | Wells Fargo Bank, N.A., P.O.Box 5191, Sioux Falls, SD 57117-5191 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14635882 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2021 23:54:17 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14642789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2021 23:54:07 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14635336 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 16 2021 23:48:00 | Ally Financial, P.O.Box 380901, Bloomington, MN 55438-0901 |
| 14648491 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 23:54:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 19 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14645281 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14638317 | *+ | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, C/O REBECCA ANN SOLARZ, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BARBARA A. MERLIE | on behalf of BUCKS COUNTY TAX CLAIM BUREAU gferrante@rudolphclarke.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor George A. Hoffman jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GEORGE HOFFMAN | : | |
| Debtor : | | BANKRUPTCY NO. 21-12487 -mdc |

## ORDER

AND NOW, this 16th day of November 2021, upon consideration of the Debtor's Motion to Voluntarily Dismiss Case Pursuant to 11 U.S.C. 1307(b), and it appearing that this case has not been previously converted under Section 706, 1112 or 1208 of Title 11 of the United States Bankruptcy Code, it is hereby

ORDERED that this case is DISMISSED effective as of the date of this Order.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge